327 F.2d 666
 SAX ENTERPRISES, INC., Appellant,
v.
William F. USHER and G. E. Shingledecker, as Trustees for
Saxony Properties, Inc., Debtor, Appellees.
 No. 20141.
 United States Court of Appeals Fifth Circuit.
 Feb. 19, 1964, Rehearing Denied March 17, 1964.
 
 W. G. Ward, Miami, Fla., Ward & Ward, Miami, Fla., of counsel for appellant.
 George C. Bolles, George F. Gilleland, Bolles and Prunty, Richard M. Winokur, Miami, Fla., for trustees.
 Before TUTTLE, Chief Judge, and PHILLIPS[1] and JONES, Circuit judges.
 PER CURIAM.
 
 
 1
 No prejudicial error appearing in the record of this cause, the order of the district court from which this appeal has been taken is
 
 
 2
 Affirmed.
 
 
 
 [1]
 Of the Tenth Circuit, sitting by designation